**2002–0399. Block v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus of Samuel F. Block, Sr. Sua sponte, cause

dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.